IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-098-MEF |
| | ) | (WO) |
| TIMOTHY WOODS | ) | |

## **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Defendant in Custody at FCI-Butner Until Further Order from the Court (Doc. #30) filed on December 3, 2009, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE