IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-098-MEF |
| | ) | (WO) |
| TIMOTHY WOODS | ) | |

## **O R D E R**

The Court has received an evaluation on the defendant prepared by Health System at FMC Butner. The evaluation states that the defendant is ready to be returned to this Court for further legal proceedings. According, it is hereby ORDERED that:

1. The United States Marshal Service transport the defendant from FMC Butner to the Middle District of Alabama.

2. The United States Marshall Service shall monitor the defendant's regiment of psychotropic medication and access to routine outpatient medical care for assessment of any emerging medical ailment.

3. This matter is set for a hearing to determine the defendant's mental competency on February 16, 2010 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The persons having custody of the defendant are DIRECTED to produce him at said hearing.

DONE this the 14th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE